```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MCCURDY, JR., et al. :    CIVIL ACTION
                                :
        v.                      :
                                :
WILLIAM STANCILL, et al.        :    NO. 02-2879
```

ORDER

AND NOW, this 8th day of October, 2002, after a telephonic conference with the parties this day, it is hereby ORDERED that:

1. If the parties cannot resolve their discovery disputes, all discovery motions shall be FILED by Friday, October 11, 2002, at 5:00 p.m., with responses thereto by Wednesday, October 16, 2002 at 5:00 p.m.;

2. The parties shall fax courtesy copies of the above submissions to Chambers (215-580-9773) and to opposing counsel.

BY THE COURT:

_____
Stewart Dalzell, J.