```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MCCURDY, JR., et al. :   CIVIL ACTION
                                :
          v.                    :
                                :
WILLIAM STANCILL et al.         :   NO. 02-2879
```

### ORDER

AND NOW, this 21st day of Ocotber, 2002, upon consideration of the parties' joint motion for extension of time to complete discovery (docket entry # 14), plaintiffs' motion to compel defendant Total Construction Services to provide more specific answers to interrogatories and request for production of documents (docket entry #15), plaintiffs' motion to compel depositions of William Stancill and Kathy Reid (docket entry # 16), plaintiffs' motion to overrule objections and to compel more specific answers to interrogatories directed to Pyramid Construction Group (docket entry # 17), and the defendants' responses thereto, it is hereby ORDERED that:

1. Plaintiffs' motions (docket entry ## 15, 16, and 17) are GRANTED;

2. Plaintiffs' counsel may FILE an Affidavit of Costs within five (5) days of this Order for reimbursement of costs associated with filing the aforesaid motions; and

3. In view of defendants' dilatory and incomplete responses to plaintiffs' discovery requests, the parties' joint motion (docket entry # 14) is GRANTED; and

4. Our Order of July 9, 2002, is AMENDED AS FOLLOWS:

(a) The parties shall complete all discovery by January 2, 2003;

      (b)  Defendants shall by January 2, 2003 report to the Court whether a settlement conference with the Honorable Jacob P. Hart would be productive; and

      (c)  Further scheduling shall abide the outcome of any settlement discussions and motions.

                                  BY THE COURT:

                                  _____
                                  Stewart Dalzell, J.