```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RICHARD A. MCCURDY, JR., et al. :   CIVIL ACTION
                                :
      v.                          :
                                :
WILLIAM STANCILL et al.         :   NO. 02-2879

<u>ORDER</u>

AND NOW, this 12th day of November, 2002, upon consideration of plaintiffs' uncontested Affidavit of Costs (docket entry # 25), and the Court finding that:

(a) Our Order of October 21, 2002, granted plaintiffs' motions to compel and authorized plaintiffs to file an Affidavit of Costs within five days;

(b) Plaintiffs' counsel, Nancy L. Goldstein, Esq., duly submitted an affidavit on October 24, 2002;

(c) It states that between October 1, 2002 and October 11, 2002, plaintiffs' counsel spent 6.4 hours seeking to enforce defendants' compliance with discovery obligations, for which her firm will bill plaintiffs $1,376.00 ($215.00 per hour), and plaintiffs also incurred $126.00 in photocopying and courier expenses, for a total of $1,502.00;

(d) We find that the number of hours counsel spent on this matter is fair and reasonable, and given counsel's experience at the bar, her hourly rate is also fair and reasonable;

It is hereby ORDERED that defendants shall REMIT $1,502.00 to plaintiffs for costs and fees incurred in enforcing

defendants' discovery obligations in this action.

                                        BY THE COURT:

                                        _____
                                        Stewart Dalzell, J.