IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MCCURDY, JR., et al. :    CIVIL ACTION
                                :
            v.                  :
                                :
WILLIAM STANCILL et al.         :    NO. 02-2879

ORDER

AND NOW, this 12th day of November, 2002, upon
consideration of plaintiffs' motion to compel defendant F&A Sales
& Services to provide more specific answers to interrogatories
and request for production of documents (docket entry # 18), and
defendant's response thereto, it is hereby ORDERED that
plaintiffs' motion is GRANTED.[1]

BY THE COURT:

_____
Stewart Dalzell, J.

_____

[1] Plaintiffs' pending affidavit of costs, filed
October 24, 2002 pursuant to our Order of October 21, 2002,
already includes the costs of preparing this motion.  Pl.'s Aff.
¶ 2.