```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MCCURDY, JR., et al. :    CIVIL ACTION
                                :
        v.                      :
                                :
WILLIAM STANCILL et al.         :    NO. 02-2879
```

ORDER

AND NOW, this 3rd day of January, 2003, upon consideration of plaintiffs' motion for a protective order regarding the continuation of the deposition of Perry N. Blackman, C.P.A. (docket entry # 29), it is hereby ORDERED that if the parties are unable to resolve this dispute, defendants shall RESPOND, with a courtesy copy faxed to Chambers (215-580-2156), by Monday, January 6, 2003 at 10:00 a.m.

BY THE COURT:

_____
Stewart Dalzell, J.