IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. McCURDY, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM STANCILL, et al. | : | NO. 02-2879 |

### O R D E R

AND NOW, this 12th day of February, 2003, IT IS HEREBY ORDERED that a settlement conference in the above-captioned matter will be conducted before the Honorable Jacob P. Hart, on **WEDNESDAY, FEBRUARY 19, 2003 at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the court, the party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

Counsel are directed to fax confidential position papers not longer than 2 pages directly to Chambers **(fax. no. 215-580-2163)** not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY**.

_____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
  N. Goldsein, Esq.; G. Gusoff, Esq.

Copies mailed to: