```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MCCURDY, JR., et al. :    CIVIL ACTION
                                :
        v.                      :
                                :
WILLIAM STANCILL et al.         :    NO. 02-2879
```

ORDER

AND NOW, this 12th day of February, 2003, the parties having reported that a settlement conference with the Honorable Jacob P. Hart would be productive, it is hereby ORDERED that this case is REFERRED to Judge Hart for settlement purposes, and the parties shall participate in accordance with Judge Hart's instructions.

BY THE COURT:

_____
Stewart Dalzell, J.